UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERE STOUDT and RETIRED TIRE MOBILE SHREDDING, LLC,  Plaintiffs, <br><br> v. <br><br> BCA INDUSTRIES, RECYCLE EQUIPMENT RENTAL LCC, IVYWOOD LLC,  Defendants. | :<br>:<br>:<br>:<br>:   No.   5:22-cv-01900<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 9th day of December, 2022, upon consideration of Defendants' Motions to Dismiss for Failure to State a Claim and Improper Venue, ECF Nos. 14, 16, 18, Plaintiffs' responses thereto, ECF Nos. 19-22, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

    1.    Defendant BCA Industries' motion, ECF No. 14, is **GRANTED**.

    2.    Defendant Recycle Equipment Rental LLC's motion, ECF No. 18, is **GRANTED**.

    3.    Defendant Ivywood LLC's motion, ECF No. 16, is **GRANTED in part and DENIED in part** as follows:

        a.    Ivywood's 12(b)(3) motion is **DENIED**.

        b.    Ivywood's 12(b)(6) motion is **GRANTED**.

    4.    Counts I through V of the Complaint are **DISMISSED without prejudice**.

    5.    **Within fourteen (14) days of the date of this Order**, Plaintiff may, consistent with the Court's opinion, file an amended complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge